# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

FRANKLIN COUNTY MUNICIPAL
COLUMBUS OHIO, *et al.*,

        Plaintiffs,

vs.                                    Case No.: 2:18-cv-358
                                    JUDGE GEORGE C. SMITH
                                    Magistrate Judge Vascura

DONAL L. PARRISH,

        Defendant.

## ORDER

On April 27, 2018, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Defendant's Motion for Leave to Proceed In Forma Pauperis be granted and that this action be remanded to the Franklin County Municipal Court. (*See Report and Recommendation*, Doc. 5).

The parties were advised of their right to object to the *Order and Report and Recommendation*. This matter is now before the Court on Defendant's Objections to the *Order and Report and Recommendation*. (*See* Doc. 4). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In his objections, Defendant continues to assert that he is of Moroccan decent. However, he has failed to assert how the Magistrate Judge's conclusions were incorrect and what basis the Court has for subject matter jurisdiction over this case. The Court has carefully reviewed this matter and agrees with the findings of the Magistrate Judge. Despite Defendant's arguments, the Court does not find that there is subject matter jurisdiction over this case and it therefore must be remanded to the Franklin County Municipal Court.

Therefore, for the reasons stated above and as set forth in detail in the *Order and Report and Recommendation*, this Court finds that Defendant's objections are without merit and are hereby **OVERRULED**.

The *Order and Report and Recommendation,* Document 5, is **ADOPTED** and **AFFIRMED.** This matter is hereby **REMANDED** to the Franklin County Municipal Court.

The Clerk shall remove Documents 5 and 6 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**